No. 94–6194. PEREZ-MONRAGON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6196. MOORE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6197. MARTS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6198. MITCHELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6199. MILLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6202. REDMON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6203. CRAIG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6208. JOHNSON *v.* ROSEMEYER, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–6210. URENA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6212. HUTCHISON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6218. ELCOCK *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–6219. LAN NGOC TRAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6220. HOOVER *v.* UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 94–6221. HUNG VAN HUYNH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6223. FERGUSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.